# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAUL F. JOHNSON,<br><br>                  Plaintiff,<br><br>  v.<br><br>FRONTIER RAIL CORPORATION, et al.<br><br>                  Defendants. | NO: 2:17-CV-5030-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal (ECF No. 21). The parties represent that this matter should be dismissed with prejudice and the parties to bear their own costs pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulated motion, this matter is **DISMISSED** with prejudice and the parties shall bear their own costs.

ORDER OF DISMISSAL ~ 1

2. All pending motions are **DENIED as moot** and all hearing dates stricken from the Court's calendar.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** June 12, 2017.



*Thomas O. Rice*
THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL ~ 2